UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In the Matter of                                                Case No. 6:09-bk-14334-ABB
                                                                Chapter 7
    Henn, Pamela L

        Debtor
_____/

NOTICE OF INTENTION TO SELL
NON – EXEMPT PROPERTY OF THE ESTATE AT PRIVATE SALE

TO: Creditors, Debtor(s) and Parties in Interest:

CARLA MUSSELMAN, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that she intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Carla Musselman, trustee, 1619 Druid Road, Maitland, FL 32751 and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. <u>Description of Property</u>: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| 2000 Mercedes 320E<br>VIN: WDBJF65JYB131065 | $3,000.00 | $2,000.00 |
| **Totals** | **$3,000.00** | **$2,000.00** |

2. <u>Method of Sale</u>: The Property will be sold to a private party on or after November 6, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

>    Henn, Pamela L, **DEBTOR**
>    7826 Glen Crest Way
>    Orlando, FL  32836

3. <u>Property Information and Insurance</u>: The debtor valued the Property on Schedule B of the bankruptcy petition dated September 25, 2009 at $6,000.00. According to current NADA Official Older Used Car Guide, the rough trade-in, average trade-in and clean loan values for the Property are $2,625.00, $4,225.00, and $5,025.00, respectively. On July 7, 2010, the trustee's assistant visually inspected the vehicle and took digital photographs which are available upon written request. It was gold in color with tan leather interior and had a sunroof. There was a small dent in the middle of the front bumper. According to the debtor, the vehicle has mechanical issues but the vehicle appeared to be in good condition for its make, model, and year. The debtor maintains insurance on the Property.

4. <u>Terms of the Sale</u>: The selling price to the Private Party is $2,000.00 to be paid in one lump sum which the trustee acknowledges receipt of. The trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances. The debtor has claimed a $1,000.00 automobile exemption in the Property.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

    Lien holder name & address            Amount of Lien
    **NO KNOWN LIENS OR ENCUMBRANCES**

The trustee has noted all liens of which she has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

---

**NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of one hundred percent (100%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: October 13, 2011

/s/ Carla Musselman, Trustee
Carla Musselman, Trustee
1619 Druid Road
Maitland, Florida 32751
Office: 407-657-4951

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 13, 2011.

/s/ Carla Musselman, Trustee